# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*DALLAS DIVISION*

Hopkins
Plaintiff

3:22-CV-00706-E
CASE NUMBER

v.

DOD
Defendant

Brown
JUDGE

## NOTICE OF APPEAL

Notice is hereby given that ___Robert Hopkins, III___
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

___judgment___
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on ___25 March 2024___
(Date)

Date  24 May 2024

Attorney/Pro Se Litigant Signature  /s/ Kel McClanahan

Print Name  Kel McClanahan

Address  4702 Levada Terrace

City, State, Zip  Rockville, MD 20853

Telephone  301-728-5908