# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD  20853
———

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in DC, NY, WA)
EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in DC, IL)

25 June 2024

Court of Appeals for the Fifth Circuit

Re:    *Hopkins v. DOD*, Case No. 24-10462

To Whom It May Concern:

On behalf of my client Robert Hopkins, I respectfully submit this consent letter motion for a four-day Level 1 extension, until 9 August 2024, of the deadline for Appellant's Opening Brief, currently due today. The Government consents to this Motion.

I have good cause to file this Motion. I was unable to work significantly on this Brief over the weekend as originally planned due to an unexpected surge in projects, both personal and business, which required my immediate attention. Among the developments were an urgent matter involving a whistleblower client, a response from a government lawyer in an administrative matter which required an immediate response, an issue with my home's HVAC unit, and my youngest daughter being home for most of the day from camp today. I am requesting a four-day extension—rather than something shorter—due to other matters which cannot be rescheduled this week, including a court hearing this Thursday, a mandatory evaluation of a team of student fellows that has to be completed by Wednesday, and a pediatric doctor's appointment.

Thank you for your consideration of this request.

Sincerely,

Kel McClanahan
Counsel for Appellant