UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Case No. 24-10462 |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Appellee. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S CONSENT MOTION TO FILE
BRIEF AND RECORD EXCERPTS OUT OF TIME**

NOW COMES Appellant Robert Hopkins ("Hopkins") to respectfully request leave to file his Opening Brief and Record Excerpts out of time pursuant to 5th Cir. R. 27.1.2. These filings were due at midnight on 9 August 2024 and were filed at 2:23 AM on 10 August and 10:59 PM on 11 August, respectively. Appellee consents to this Motion.

Hopkins has good cause to request this retroactive extension, although his undersigned counsel apologizes for the fact that it was necessary. As the undersigned advised the Court on 5 August, his work schedule was severely disrupted last weekend due to several unforeseen circumstances, not least of which was his youngest daughter needing to stay home for most of Monday. This particular event was the catalyst for several other medical complications for the

remainder of the week, requiring his oldest daughter to also need to stay home on Tuesday and the undersigned himself ultimately becoming ill. Despite these issues, the undersigned strove to complete the Brief by its original deadline and was on track to do so when he began exhibiting symptoms on Friday (which remain present as of this writing), which caused him to miss the filing deadline by approximately 2.5 hours. As the record will reflect, he has since filed both the Brief and the Record Excerpts over the weekend.

Date: August 11, 2024

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellant*