# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10462   Hopkins v. Department of Defense
                    USDC No. 3:22-CV-706

The court has granted the motion to file the appellant's brief and record excerpts out of time.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Amanda M. Duroncelet, Deputy Clerk

Mr. John T. Lewis
Mr. Kel McClanahan
Ms. Karen S. Mitchell
Mr. Daniel Winik