

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

August 27, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130

    RE:   *Hopkins v. Department of Defense*, No. 24-10462

Dear Mr. Cayce:

    The government respectfully requests a 30-day extension, from September 16 to October 16, of the deadline for its response brief in this case. An extension is chiefly warranted because of the press of other business. Among other obligations, I am one of the attorneys responsible for preparing opening and reply briefs on an expedited schedule in *Kennedy v. Biden* (5th Cir. No. 24-30252, due September 11 and October 2, respectively), and I also have primary responsibility for preparing a response brief in *National Coalition of Agricultural Employers v. Department of Labor* (D.C. Cir. No. 24-5072, due September 20).

    Appellant consents to this request.

                                                Sincerely,

                                               */s/ Daniel Winik*
                                               Daniel Winik

cc:    All counsel (via CM/ECF)