**NATIONAL SECURITY COUNSELORS**

4702 LEVADA TERRACE
ROCKVILLE, MD 20853
___

TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in DC, NY, WA)
    EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in DC, IL)

1 November 2024

Court of Appeals for the Fifth Circuit

Re:    *Hopkins v. DOD*, Case No. 24-10462

To Whom It May Concern:

    On behalf of my client Robert Hopkins, I respectfully submit this consent letter motion for a 27-day Level 1 extension, until 3 December 2024, of the deadline for Appellant's Reply Brief, currently due on 6 November. The Government consents to this Motion.

    I have very good cause to file this Motion, and I recognize that extensions for reply briefs are greatly disfavored. When Appellee sought and obtained a 30-day extension of its deadline for filing its brief, that correspondingly moved my reply deadline from early October, when I had originally accounted for it in my work schedule, to early November, when I already had several filing deadlines in place in various matters. In addition, the last week has been exceptionally full due to my unanticipated need to consult on a complex MSPB settlement agreement with security clearance components for a client for whom I am handling the security clearance appeal, as well as the need to review thousands of pages of documents and begin preparing witnesses for a hearing in another security clearance appeal scheduled for 21 November.[1] I also have a separate opposition to a motion for summary judgment due on 8 November in the Western District of Washington, a meeting with the Defense Counterintelligence and Security Agency leadership on 14 November (which requires approximately five hours of travel), and numerous other commitments, and, to further complicate matters, my children are home from school on Monday and Tuesday of next week due to the election. In short, the extension provided to Appellee had the hydraulic effect of making my reply brief due during one of the busiest times in my work schedule of the past few months, and extending this deadline by less than the requested time will not resolve the issues, if only because of the yet *further* complications of the Thanksgiving holiday.

    Thank you for your consideration of this request.

---

[1] Until yesterday, I was also preparing for a 13 November hearing in the first security clearance appeal mentioned above, which ended up being cancelled due in part to the settlement agreement. However, prior to its cancellation, I spent a significant amount of time this week preparing discovery that I was required to provide to agency counsel by today.

Sincerely,

Kel McClanahan
Counsel for Appellant