# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ROBERT HOPKINS, III, | * |
| Appellant, | * |
| v. | * |
| | * Case No. 24-10462 |
| DEPARTMENT OF DEFENSE, | * |
| Appellee. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### APPELLANT'S CONSENT MOTION FOR ENLARGEMENT
### OF TIME WITHIN WHICH TO FILE REPLY BRIEF

NOW COMES Appellant Robert Hopkins ("Hopkins") to respectfully request a 27-day extension, until 3 December 2024, of the deadline for Appellant's Reply Brief, currently due on 6 November. Appellee consents to this Motion.

Hopkins has very good cause to request this extension, and the undersigned recognizes that extensions for reply briefs are greatly disfavored. When Appellee sought and obtained a 30-day extension of its deadline for filing its brief, that correspondingly moved Hopkins's reply deadline from early October, when the undersigned had originally accounted for it in his work schedule, to early November, when he already had several filing deadlines in place in various matters. In addition, the last week has been exceptionally full due to the undersigned's unanticipated need to consult on a complex Merit Systems

Protection Board settlement agreement with security clearance components for a client for whom he is handling the security clearance appeal, as well as the need to review thousands of pages of documents and begin preparing witnesses for a hearing in another security clearance appeal scheduled for 21 November. He also has a separate opposition to a motion for summary judgment due on 8 November in the Western District of Washington, a meeting with the Defense Counterintelligence and Security Agency leadership on 14 November (which requires approximately five hours of travel), and numerous other commitments, and, to further complicate matters, his children are home from school on Monday and Tuesday of next week due to the election. In short, the extension provided to Appellee had the hydraulic effect of making Hopkins's reply brief due during one of the busiest times in the undersigned's work schedule of the past few months, and extending this deadline by less than the requested time will not resolve the issues, if only because of the yet further complications of the Thanksgiving holiday.

Date: November 1, 2024

                                        Respectfully submitted,

                                        <u>/s/ Kelly B. McClanahan</u>
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        4702 Levada Terrace
                                        Rockville, MD  20853
                                        301-728-5908
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Appellant*