# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10462   Hopkins v. Department of Defense
                  USDC No. 3:22-CV-706

The court has granted an extension of time to and including December 3, 2024 for filing a reply brief in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Angelique B. Tardie, Deputy Clerk
        504-310-7715

Mr. John T. Lewis
Mr. Kel McClanahan
Mr. Daniel Winik