**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

ROBERT HOPKINS, III,

      Plaintiff-Appellant,

  v.

DEPARTMENT OF DEFENSE,

      Defendant-Appellee.

No. 24-10462

---

**RESPONSE TO MOTION TO RECALL THE MANDATE**

Plaintiff asks this Court to recall and modify its mandate in response to the government's opposition to a motion pending in the district court. Since plaintiff filed this motion, the government has withdrawn its opposition to the motion pending in the district court. This motion should accordingly be denied as moot, to the extent plaintiff does not withdraw it.

1.    This appeal arose from the district court's grant of summary judgment to the government. ROA.1006-1022. When the district court granted summary judgment, it denied as moot two pending motions by plaintiff to gain access to information plaintiff considered relevant to the summary-judgment motion. *Id.*

2.     This Court vacated the district court's judgment and remanded for further proceedings.  After this Court's ruling, plaintiff notified the district court that the motions previously denied as moot were "ripe for adjudication" and asked that the district court "adjudicate them."  Dkt. 58.  Once this Court issued its mandate, plaintiff filed a further motion "for clarification" that the motions previously denied as moot "are ripe for adjudication."  Dkt. 70.  The government opposed that motion.  Dkt. 76.

3.     Plaintiff filed his motion to recall and modify this Court's mandate in response to the government's position on his motion for clarification in district court.  Plaintiff asks this Court to clarify that the two motions previously denied as moot by the district court must, in light of this Court's disposition of the appeal, "be adjudicated by the District Court."  Mot. 5.

4.     After plaintiff filed his motion in this Court, the government filed in the district court the attached notice that it is withdrawing its opposition to plaintiff's motion for clarification.  The notice states, consistent with the position plaintiff has taken, that the district court "should decide" the motions it previously denied as moot.  Dkt. 85 at 2.

5.      Our understanding is that plaintiff plans to withdraw his motion

in this Court, but to the extent he does not, the Court should deny the motion

as moot given the government's filing in the district court.

Respectfully submitted,

SHARON SWINGLE

/s/ Daniel Winik
DANIEL WINIK
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7245*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   (202) 305-8849

**CERTIFICATE OF COMPLIANCE**

I certify that this response complies with the requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Book Antiqua, a proportionally spaced font, and complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 336 words, according to Microsoft Word.

*/s/ Daniel Winik*
Daniel Winik