# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| ROBERT HOPKINS, III, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Case No. 24-10462 |
| DEPARTMENT OF DEFENSE, | * | |
| | * | |
| Appellee. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLANT'S MOTION TO WITHDRAW HIS MOTION TO RECALL AND MODIFY MANDATE

In light of the Government's unilateral change in position, Appellant withdraws his Motion to Recall and Modify Mandate, Dkt. #54-1. Appellant reserves the right to renew this Motion in the instance that the District Court still finds that the two motions in question are not ripe for adjudication despite the parties' agreement.

Date: July 31, 2025

                        Respectfully submitted,

                        /s/ Kelly B. McClanahan
                        Kelly B. McClanahan, Esq.
                        D.C. Bar #984704
                        National Security Counselors
                        1451 Rockville Pike
                        Suite 250
                        Rockville, MD  20852
                        501-301-4672
                        240-681-2189 fax
                        Kel@NationalSecurityLaw.org

                        *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 176 words, and was prepared in 14-point Times New Roman font using Microsoft Office 365.

                                            /s/ Kelly B. McClanahan
                                            Kelly B. McClanahan, Esq.