# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 04, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10462   Hopkins v. Department of Defense
                     USDC No. 3:22-CV-706

Enclosed is an order entered in this case.


                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Casey A. Sullivan, Deputy Clerk
                      504-310-7642

Mr. John T. Lewis
Mr. Kel McClanahan
Mr. Daniel Winik