# United States Court of Appeals
# for the Fifth Circuit

No. 24-10462

United States Court of Appeals
Fifth Circuit

**FILED**
August 4, 2025

Lyle W. Cayce
Clerk

Robert Hopkins, III,

*Plaintiff—Appellant,*

versus

Department of Defense,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-706

_____

ORDER:

IT IS ORDERED that Appellant's motion to withdraw the motion to recall and modify this Court's mandate is GRANTED.

　　/s/James L. Dennis
　　James L. Dennis
　　*United States Circuit Judge*